UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:05-cr-117 |
| ) | |
| vs. ) | |
| ) | JUDGE COLLIER |
| ) | MAGISTRATE JUDGE LEE |
| LAKOYA WEEMS, ) | |
| ) | |

REPORT AND RECOMMENDATION AND ORDER SEALING
MENTAL HEALTH EVALUATION

Counsel for defendant Lakoya Weems requested a psychiatric/psychological evaluation of defendant on October 24, 2005 [Doc. No. 13] and an order was entered on October 28, 2005 allowing said evaluation [Doc. No. 17]. A February 24, 2006 letter from Loren A. Grayer, Warden of the Federal Bureau of Prisons, Federal Detention Center in Miami, Florida, and a Forensic Evaluation of defendant Lakoya Weems, were received by the Court. The findings in the evaluation are the defendant is not suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings filed against her or assist her attorney in her defense, and the defendant was sane at the time of the alleged offense. Defendant filed a waiver of mental competency hearing pursuant to 18 U.S.C. § 4247(d), which also requested that the mental health evaluation of defendant Weems be filed under seal because of its sensitive and personal nature on [Doc. No. 23]. On the basis of the waiver and the evaluation, it is **RECOMMENDED** the Court find defendant Lakoya Weems competent to understand the nature and consequences of the proceedings against her and able to assist in her defense, and further find defendant is competent to stand trial. Further, the motion of

defendant that the mental health evaluation of defendant Weems be filed under seal is **GRANTED** and it is hereby **ORDERED** that the mental health evaluation of defendant Weems shall be filed under seal. The Clerk's Office is therefore **DIRECTED** to place said evaluation under seal.

SO ORDERED:

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE